IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-00112-BO

| | |
|---|---|
| KENNETH WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NOTICE OF APPEARANCE |
| | ) |
| DEPARTMENT OF THE NAVY, | ) |
| | ) |
| Defendant. | ) |

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:

Danielle L. Sgro
Trial Attorney
U.S. Department of Justice
E-mail: danielle.l.sgro@usdoj.gov
Phone: 202-616-4226
Fax: 202-616-4473

Street Address:
175 N Street NE, Ste. 11.226
Washington, DC 20002

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

DATED this 9th day of September, 2019

Respectfully submitted,

ROBERT J. HIGDON, JR.
United States Attorney

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address listed above.

J. PATRICK GLYNN
Director, Torts Branch
Environmental Tort Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Tort Litigation Section

ADAM BAIN
Senior Trial Attorney, Torts Branch
Environmental Tort Litigation Section

GEOFFREY C. COOK
Trial Attorney, Torts Branch
Environmental Torts Litigation Section

ALBERT LAI
Trial Attorney, Torts Branch
Environmental Torts Section

*/s/ Danielle L. Sgro*
DANIELLE L. SGRO
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: danielle.l.sgro@usdoj.gov
Telephone: (202) 616-4226
Fax: (202) 616-4473

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, a copy of the foregoing document was served on all counsel of record by operation of the Court's electronic filing system and can be accessed through that system.

*/s/ Danielle L. Sgro*
DANIELLE L. SGRO

2

Case 7:19-cv-00112-BO   Document 17   Filed 09/09/19   Page 2 of 2