IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-00112-BO

KENNETH WASHINGTON,

    Plaintiff,

v.

DEPARTMENT OF THE NAVY,

    Defendant.

UNITED STATES' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION; 12(b)(1).

The Government moves to dismiss Plaintiff's Amended Complaint, brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, for three reasons. First, Plaintiff brings a wrongful death cause of action in his individual capacity and not as the personal representative or collector of the decedents, a requirement under the North Carolina Wrongful Death Act, N.C. Gen. Stat. § 28A-18-2. Second, Plaintiff fails to name a proper defendant under the FTCA, 28 U.S.C § 2679(a). Third, Plaintiff fails to allege a cause of action that is not jurisdictionally barred by the FTCA's discretionary function exception. 28 U.S.C. § 2680(a).

In support of its motion, the Government submits the accompanying Memorandum of Law.

DATED this 10th day of September, 2019.

        Respectfully submitted,

        ROBERT J. HIGDON, JR.
        United States Attorney

        J. PATRICK GLYNN
        Director, Torts Branch

Environmental Tort Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Tort Litigation Section

ADAM BAIN
Senior Trial Attorney, Torts Branch
Environmental Tort Litigation Section

GEOFFREY C. COOK
Trial Attorney, Torts Branch
Environmental Torts Litigation Section

ALBERT LAI
Trial Attorney, Torts Branch
Environmental Torts Section


*/s/ Danielle L. Sgro*
DANIELLE L. SGRO
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: danielle.l.sgro@usdoj.gov
Telephone: (202) 616-4226
Fax: (202) 616-4473


## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, a copy of the foregoing document was served on all counsel of record by operation of the Court's electronic filing system and can be accessed through that system.


*/s/ Danielle L. Sgro*
DANIELLE L. SGRO