IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-00112-BO

KENNETH WASHINGTON AS PERSONAL )
REPRESENTATIVE OF THE ESTATE OF )
(BABY BOY) WASHINGTON, )
                                  )
             Plaintiff, )
             v. )
                                  )
UNITED STATES OF AMERICA, )
                                  )
             Defendant. )
                                  )

**UNITED STATES' MOTION TO DISMISS
FOR LACK OF SUBJECT-MATTER
JURISDICTION; 12(b)(1).**

Pursuant to Fed. R. Civ. P. 12(b)(1), the United States moves to dismiss Plaintiff Kenneth Washington's claims brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. First, Plaintiff failed to exhaust his administrative remedies for a wrongful death claim on behalf of Baby Boy Washington. 28 U.S.C. § 2679(a). Second, Plaintiff's Second Amended Complaint has failed to allege claims that are outside of the discretionary function exception to the FTCA's waiver of sovereign immunity. 28 U.S.C. § 2680(a). Thus, the Complaint must be dismissed for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1).

In support of its motion, the Government submits the accompanying Memorandum of Law and Exhibits.

DATED: this 30th day of December, 2019.

Respectfully submitted,

ROBERT J. HIGDON, JR.
United States Attorney

J. PATRICK GLYNN
Director, Torts Branch
Environmental Tort Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Tort Litigation Section

ADAM BAIN
Senior Trial Attorney, Torts Branch
Environmental Tort Litigation Section

GEOFFREY C. COOK
Trial Attorney, Torts Branch
Environmental Tort Litigation Section

ALBERT LAI
Trial Attorneys, Torts Branch
Environmental Tort Litigation Section

*/s/ LaCresha A. Johnson*
LACRESHA A. JOHNSON
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: lacresha.a.johnson@usdoj.gov
Telephone: (202) 616-4447
Fax: (202) 616-4473

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30, 2019, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

_/s/ LaCresha A. Johnson_____
LACRESHA A. JOHNSON