# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
### PITT COUNTY
### OFFICE OF REGISTER OF DEEDS

# CERTIFICATE OF BIRTH

**Name:** ———— WASHINGTON

**Birth Date:** [REDACTED] 1982    **Birth Place:** PITT

**Sex:** Male

**Father's Name:** KENNETH RAY WASHINGTON

**Father's Birth Place:** INDIANA    **Age/Birth Date:** 23

**Mother's Maiden Name:** RHONDA RENEE BELL

**Mother's Birth Place:** NEW HANOVER CO NC    **Age/Birth Date:** 22

**Date Filed:** 02/11/1982    **Book:** 68    **Page:** 322

**Date Amended:** 05/26/1982 - DECEASED PER BVS VOL 68 PAGE 150

This is to certify that this is a true and correct abstract of the official record filed in this office.

074-090761

Judy J. Tart
Register of Deeds
Pitt County

Witness my hand and official seal

this the __5__ day of __November__ 20 _08_    By: _[signature]_
Deputy/Assistant Register of Deeds

Any alteration or erasure voids this certificate. Do not accept unless on security paper with seal clearly embossed in left corner.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

HHS 3912 (REVISED 2/06) NC VITAL RECORDS

# STATE OF NORTH CAROLINA
## PITT COUNTY
### OFFICE OF REGISTER OF DEEDS

**NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES**
**DIVISION OF HEALTH SERVICES — VITAL RECORDS BRANCH**
**CERTIFICATE OF DEATH**

Registration District No. 074-90  Local No. _____  150

| Field | Value |
|---|---|
| 1. Name of Deceased | Washington |
| 2. Sex | Male |
| 3. Date of Death | February 3, 1982 |
| 4. Color or Race | Black |
| 5a. State of Birth | N. C. |
| 5b. County of Birth | Pitt |
| 6. Date of Birth | 1982 |
| 7. Age | 32 min. (under 24 hours) |
| 8a. Place of Death - County | Pitt |
| 8b. City or Town | Greenville |
| 8c. Name of Hospital | Pitt Co. Memorial Hospital |
| 8d. Status | IP |
| 8e. Inside City Limits | Yes |
| 9a. Residence - State | N. C. |
| 9b. County | Onslow |
| 9c. City or Town | Jacksonville |
| 9d. Street and Number | 17-F Brynn Marr Village |
| 9e. Inside City Limits | Yes |
| 10. Citizen of What Country | USA |
| 11. Marital Status | Never married |
| 13. Social Security Number | — |
| 14a. Usual Occupation | Infant |
| 15. Was Decedent Ever in U.S. Armed Forces | No |
| 16. Father's Name | Kenneth Ray Washington |
| 17. Mother's Maiden Name | Rhonda Renee Bell |
| 18a. Informant's Name and Address | Hospital Records |

**PART I. DEATH CAUSED BY:**
- (a) Immediate Cause: Prematurity
- (b) Due to, or as a consequence of: Severe Pre Eclampsia
- (c) Due to, or as a consequence of: Hydatidiform Mole

22. Time of Death: 6:15 P.M.

23a. Name and Title of Certifier: Melvin Henderson, M. D.
23b. Address: Greenville, North Carolina
23d. Date Signed: 7/11/82

24a. Burial, Cremation, Other: Disposal
24b. Date: 2-4-82
24c. Name of Cemetery or Crematory: Pitt County Memorial Hosp.
24d. Location: Greenville, N. C.

25. Funeral Home: Pitt Co. Memorial Hospital, Greenville, NC

27a. Date Rec'd by Local Reg.: FEB 11 1982
27b. Signature of Registrar: Robert Ehinger, MD

---

Volume 94  Page ___

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

074-073120

Witness my hand and official seal this the 5th day of November 20 08

Judy J. Tart
Register of Deeds
Pitt County

By _____
Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 2/06) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Vital Records seal clearly embossed in left corner.

