IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-cv-112-BO

| | | |
|---|---|---|
| KENNETH WASHINGTON AS PERSONAL REPRESENTATIVE OF THE ESTATE OF (BABY BOY) WASHINGTON, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's counsel's motion to strike a previous request to withdraw from the case. [DE 51]. Counsel represents that plaintiff has requested counsel remain part of the case and serve as co-counsel with Bell Legal Group, to which counsel has agreed.

The motion [DE 51] is GRANTED. The Clerk is DIRECTED to terminate the pending withdrawal motion [DE 50].

SO ORDERED, this the ___20___ day of May, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE