IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:19-CV-00112-BO

| | |
|---|---|
| KENNETH WASHINGTON, Personal Representative of Estate of (BABY BOY) Washington, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Kenneth Washington hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that this action be voluntarily dismissed without prejudice, with each party bearing that party's own attorney's fees and costs.

May 14, 2021.

Respectfully submitted,

*/s/ J. Edward Bell, III*
J. Edward Bell, III
S.C. State Bar I.D. No. 631
Bell Legal Group, LLC
219 Ridge Street
Georgetown, S.C. 29440
Email: jeb@edbelllaw.com
Telephone: (843) 546-2408
Fax: (843) 546-9604

*/s/ Chris S. Edwards*
Christopher S. Edwards
N.C. State Bar I.D. No. 48385
Ward and Smith P.A.
Post Office Box 7068
Wilmington, N.C. 28406
Telephone: (910) 794-4800
Facsimile: (910) 794-4877

*Local Civil Rule 83.1(d) Counsel for
Plaintiff Kenneth Washington*

## ORDER

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISED WITHOUT PREJUDICE, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

HON. JUDGE TERRENCE W. BOYLE

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2021, a copy of the foregoing Stipulation of Dismissal was served on all counsel of record by operation of the Court's electronic filing system and can be accessed through that system.

*/s/ Haroon Anwar*